**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NICHOLAS L. O'GRADY,

                              Plaintiff,

                 -against-

BLUECREST CAPITAL MANAGEMENT
LLP,

                              Defendant.
------------------------------------------------------------X

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED 06/17/2015

15 **CIVIL** 1108 (SHS)

**JUDGMENT**

Defendant having moved to dismiss (Doc. #9) pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on June 15, 2015, having rendered its Opinion and Order (Doc. #21) the plain terms of O'Grady's employment contract bar his breach of contract and New York Labor Law claims and his quasi-contract claims are impermissibly duplicative of his breach of contract claim. Accordingly, O'Grady fails to state a claim upon which relief can be granted, and the Court grants BlueCrest' s motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 15, 2015, the plain terms of O'Grady's employment contract bar his breach of contract and New York Labor Law claims and his quasi-contract claims are impermissibly duplicative of his breach of contract claim. Accordingly, O'Grady fails to state a claim upon which relief can be granted, and the Court grants BlueCrest' s motion to dismiss the complaint.

**Dated:**  New York, New York
June 17, 2015

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**     *K. mango*

_____
**Deputy Clerk**